CV7-026 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00026-CV

Judd Chism, Appellant

v.

The State of Texas for the Protection of John Dawson Springer, Appellee

FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY,

NO. 230,213, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal. The motion is granted and the
appeal dismissed.

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Joint Motion

Filed: January 30, 1997

Do Not Publish